1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340-S
6  Oakland, California 94612
   Telephone: (510) 637-3717
7  Facsimile: (510) 637-3724
   E-Mail:    Christina.McCall@usdoj.gov
8
   Attorneys for Plaintiff
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,          )    No. CR 09-01189 CW
14                                    )
           Plaintiff,                 )
15                                    )    NOTICE OF DISMISSAL
        v.                            )
16                                    )
   EZELL EDWARDS, JR.,                )
17                                    )
           Defendant.                 )
18 ─────────────────────────────────  )

19

20      Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Joseph

21 Russoniello, United States Attorney, and Christina McCall, Assistant United States Attorney

22 respectfully requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court

23 dismiss the indictment in the above-entitled case.  As a result of the conduct that forms the basis

24 for the charges in this case, Defendant, EZELL EDWARDS, was sentenced to a three-year

25 imprisonment term following revocation of probation, in Alameda County Superior Court case

26 //

27 //

28

NOTICE OF DISMISSAL
CR 09-01189 CW

1 | number 159046.

3 | DATED: March 28, 2011                    Respectfully submitted,

4 |                                          MELINDA HAAG
  |                                          United States Attorney

6 |                                          _____/S/_____
  |                                          CHRISTINA McCALL
7 |                                          Assistant United States Attorney

10 | **LEAVE GRANTED**:

11 | DATED: 3/28/2011

12 |                                          _____
   |                                          HONORABLE CLAUDIA WILKEN
   |                                          United States District Court Judge

NOTICE OF DISMISSAL
No. CR 09-01189 CW